EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                         | 2023 TSPR 9      |
|--------------------------------------------------------------------------------|------------------|
| Aprobación de Cambio de Estatus Inactivo de octubre de 2020 a diciembre de 2022 | 211 DPR ___      |

Número del Caso: EM-2023-1

Fecha: 31 de enero de 2023

Materia: Aprobación de Cambio de Estatus Inactivo de octubre de 2020 a diciembre de 2022.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre
de 2022

EM-2023-0001


RESOLUCIÓN


En San Juan, Puerto Rico, a 31 de enero de 2023.

Durante el periodo de octubre de 2020 a diciembre de 2022, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:


**octubre 2020**

| | |
|---|---|
| 4341 | Angelet Frau, Luis M. |
| 4819 | Santiago Martínez, José A. |
| 5670 | Dávila Colón, Luis R. |
| 5908 | Román Rivera, Carlos E. |
| 5938 | Moreno Babilonia, José E. |
| 7376 | Torres Platet, René M. |
| 11507 | Robison Guarch, Gloria |
| 11597 | Falero Rijos, José F. |

**noviembre 2020**

| | |
|---|---|
| 3854 | Haidar Grau, Magda E. |
| 4826 | Velaz Ortiz, José |
| 7690 | Santiago Rivera, Sandra |
| 7914 | Charneco Jordán, María D. |
| 10150 | Pérez García, Carmelo |
| 18150 | Maldonado Acevedo, Scharon |
| 20201 | Meléndez Soto, Verónica |

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                           2

### diciembre 2020

| | |
|---|---|
| 4458 | Franco Cantino, Hernán R. |
| 5418 | Ortiz Siragusa, José A. |
| 6241 | Arias Maldonado, Enrique |
| 6465 | Domenech Rosa, Asdrubal |
| 6625 | Solá Amorós, José A. |
| 6672 | Delgado Delgado, Lou A. |
| 6722 | Escabí Ramírez, Armando |
| 7022 | Rivera Cruz, Hipólito |
| 7713 | Luciano Lugo, Ernesto |
| 9073 | Cortés Vázquez, Janet |
| 11724 | Barríos Castellanos, Aida |
| 12614 | Léctora Jordán, Marta I. |
| 20345 | Rivera Vicente, Ariel C. |

### enero 2021

| | |
|---|---|
| 3080 | Goble, Orlin P. |
| 3840 | Colón Birriel, Ismael |
| 5909 | Rodríguez García, Leticia |
| 8219 | Moreno García, Rafael |
| 9449 | Pierluisi Urrutia, Pedro R. |
| 10107 | Trigo Castillo, María de los A. |
| 12643 | Pabón Bosques, Wanda |

### febrero 2021

| | |
|---|---|
| 3791 | Palou Elosegui, Rosa E. |
| 3889 | Alcaide Alcaide, Carmen A. |
| 4149 | Viera Zayas, Luis R. |
| 4668 | Ortiz Daliot, José A. |
| 4895 | Carazo Hernández, Rafael A. |
| 5391 | Rodríguez López, Nelson |
| 6175 | Morales Brignac, René |
| 6364 | Méndez Rodríguez, Roberto |
| 6577 | Pérez Marrero, José E. |
| 6718 | Colón Meléndez, Carmen D. |
| 7097 | Salamone Velilla, Paul |
| 7584 | Reyes Diez, Irene |
| 7771 | Morales Rosario, Mario |
| 12799 | Irizarry Otaño, Lizandra |
| 18344 | Aponte Martínez, Carlos R. |

### marzo 2021

| | |
|---|---|
| 2120 | Ortiz Gordils, Humberto |
| 2328 | De Jesús García, Ana E. |
| 2486 | Gándara Sánchez, José L. |
| 2758 | Morán Loubriel, Rafael |
| 3571 | Castro Rivera, Luz M. |
| 3923 | Totti Del Valle, Etienne |
| 3980 | Díaz Delgado, Ilka H. |

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                    3

```
 4529    Martínez Valiente, Mercedes
 4606    Caro Lugo, Jesús
 4877    Raffucci Santoni, José A.
 5001    Ríos Moreu, Carlos E.
 5141    Del Valle De Bini, Raquel
 5227    Cardona Mercado, Ramón
 6050    Diez Antongiorgi, Fernando
 6062    Suarez Cestero, Surima
 6097    Meléndez Lugo, Víctor A.
 6637    Roque Colón, Luis E.
 6706    Linares Hernández, Wanda A.
 6790    Torres Rivera, Reinaldo
 6998    Nido Colón, Luis M.
 7262    Delgado García, Edgar
 8004    Segurola Pérez, Reinaldo
 8596    Ríos Vélez, Juan A.
 9763    Rodríguez González, Jaime
10597    Arroyo Figueroa, Mildred
12010    Frías Pardo, Calixto E.
12329    Rosa Sotomayor, Magali
14228    Martínez Arroyo, Luz C.
15744    Latimer Bengoa, Claudia
19867    Vega Hernández, Juan Carlos
```

**abril 2021**

```
 2197    Acosta Negroni, Eneida
 2210    Fernandez Quiñones, Demetrio
 2269    Fortuño Carmona, Agustín F.
 3322    Avilés Lamberty, Sonia E.
 3592    Woods, Barry A.
 3682    Santiago Vela, Francisco
 5611    Casanova Escobar, Andrés
 5982    Medina Valladares, Gloria
 7062    Soto Bermúdez, Efraín
 7547    Pujals Estremera, Nancy
 7663    Reyero González, Pedro J.
 7813    Muñiz Torres, Abigail
 8229    Martínez Martínez, Sandra
 8321    De Jesús Cubano, Víctor D.
 8451    Nuñez Burgos, Jorge
 8694    Bounds Dávila, Robert L.
10720    Marqués Sabater, Antonio J.
12415    Mercado Soto, Edna
13822    Almodóvar Maldonado, José A.
14686    Ramírez Bigott, Diego
17937    Vázquez Carmona, Héctor A.
20533    Toledo Meléndez, Carolina
21955    Acevedo Acevedo, Erica
```

**mayo 2021**

```
 2164    Lázaro Paoli, José R.
```

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                    4

```
2208    Domenech Picó, Víctor M.
3466    Acarón Souffront, Juan A.
4195    Montalvo Carbia, Roberto
5321    Rodas Mulero, Marilyn
6275    Espinosa Ramón, Andrés
6898    Escribano Román, Eduardo A.
6901    Maldonado Rivera, Teodoro
6931    Garrity, Patricia A.
8007    Rodríguez Fontánez, Edmeé
8354    Pizarro Gutiérrez, Celso A.
8498    Aponte Arroyo, Milton L.
9287    Viera Trenche, Rebecca
9718    Ríos Hernández, Myrta
10663   Contreras Moreno, Carlos A.
13332   Velázquez Mass, Luis A.
19398   Rodríguez Ortiz, Abner Emilio
```

### junio 2021

```
1976    Ortiz Quiñones, Eduardo E.
2224    Nieves Franqui, Lydia
2616    Garcia Malatrasi, Manuel
3662    Baerga Duprey, Luis
3971    Santín Mercado, Ana Amalia
4393    Orsini De López, Conchita
5395    Quiñones Ramos, Víctor M.
5508    Santiago Román, Héctor M.
5733    Riefkohl Marcano, Rafael
6619    Siverio Orta, Jesús
6693    García Muñoz, Elfrén
6772    Vizcarrondo Irizarry, Carlos L.
7195    Fuster Berlingeri, Luisa V.
7851    Pintado Rodríguez, Oscar
8291    Rentas Font, Margarita
8334    Acevedo Colón, Milagros
8532    Díaz Solla, Sylvia
9120    Pérez Pérez, Laureana
9393    Martín Soto, María T.
9426    Negrón Cruz, Nélida
9683    Maymi Reyes, Nilda T.
9887    Rivera Rexach, Jeannette
10784   Rivera Rivera, Alvin D.
20660   Riefkohl Bravo, Karin Mercedes
```

### julio 2021

```
1901    Berríos Dávila, Edilberto
2284    Marzán Robles, Rafael A.
2560    Pérez Pérez, María Margarita
5713    Rico, Elba L.
6059    Hernández Pérez, José M.
6709    Colón Rodríguez, Elfrén
6873    Carrión Latoni, José L.
```

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                    5

| | |
|---|---|
| 7251 | Betancourt Capó, Antonio |
| 8100 | Rubio Paredes, Sergio |
| 8962 | Cartagena Fernández, Margarita |
| 9422 | Méndez Cruz, Raúl |
| 9437 | Ortiz Rivera, Myrna |
| 12851 | Méndez Clark, David |
| 20086 | Mercado González, Gamaliel |

### agosto 2021

| | |
|---|---|
| 3880 | Catalá Barrera, Francisco |
| 5370 | Zambrana Sánchez, Luis G. |
| 5494 | Matos Matos, Héctor A. |
| 6797 | Rivera Sánchez, Enid |
| 9840 | Biaggi Mascaró, Joanne |

### septiembre 2021

| | |
|---|---|
| 4144 | Rodríguez Journet, Rafael |
| 4817 | Rodríguez Micheo, Jorge |
| 7394 | Rivera Sánchez, Isidro |
| 7688 | Ocasio Rodríguez, Jorge R. |
| 11457 | Montalvo Lafontaine, Jorge R. |
| 12490 | Morales Rodríguez, Eva M. |
| 13465 | De Jesús Pagán, Odemaris |

### octubre 2021

| | |
|---|---|
| 3071 | Torres Rodríguez, Héctor M. |
| 4729 | Descartes Van Derdys, Margarita |
| 4906 | Bellaflores, Víctor H. |
| 5788 | Vega Acosta, Julio C. |
| 8360 | Ramos Aponte, José A. |
| 10765 | Pujals Escudero, Blanca |
| 16103 | Ortiz Malavé, Carlos E. |
| 18042 | Santana Suárez, Natallie J. |
| 20968 | Echegaray Romero, Carlos Hiram |

### noviembre 2021

| | |
|---|---|
| 4365 | Giovanetti Román, Pedro J. |
| 5615 | Concepción Velázquez, Antonio |
| 6281 | Cobián Ojeda, Jesús |
| 6589 | Jordán Pérez, Carmen Sol |
| 6652 | Sigas Santa Cruz, Enrique |
| 8943 | Barbosa Alameda, David V. |
| 10527 | Náter Sánchez, José Francisco |
| 14276 | Vera González, Ivelisse |
| 15417 | Rosado Medina, Rumarie |
| 16939 | Badano Rosado, Cindy A. |
| 17194 | Olivieri Geigel, Rafael V. |
| 17309 | Colón Fernández, Ricardo |
| 17511 | Vega Cruz, Samantha M. |

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                                    6

17766     Mercado Reyes, Pedro Iván
18539     Colón Pol, Yanice
19659     Aranda Sainz De La Peña, Álvaro
20224     Yáñez Torres, María Del Mar

### diciembre 2021

2501      Rodríguez De Mejías, Everilda
2845      Díaz Asencio, José B.
3832      López Feliciano, Carlos J.
4449      Ramos Díaz, Héctor R.
6105      Pacheco Fontán, Rosario
6198      Rentas Rodríguez, Federico
6245      Cintrón Vargas, Ileana
6520      Gil Rivera, Álida
6826      Alemañy Álvarez, Aurea R.
7773      Rivera Barrera, Marisa
9094      Ortiz Feliciano, Leticia D.
9780      Sáez Burgos, María C.
10685     García-Rodríguez Pimentel, Marilia
10979     Suárez Ortiz, Ruth N.
11245     Pérez Vargas, Virgen M.
12265     García Saul, Ana I.
12863     Rosa Ramos, Mónica
13470     González Ortiz, Josué
15265     Sauri Pérez, Edna I.
19555     Alvarado Rosario, Carlos J.
21532     Rodríguez Vera, Coral Mariela

### enero 2022

2119      Negrón Soto, Ramón
2860      Martínez Rivera, Rolando D.
3722      Jiménez Navedo, Lillian
4023      Cuevas Silva, Javier
4596      Cintrón Ferrer, Carmen R.
5680      Jiménez Miranda, Benjamín
7622      Fernandez Martí, Lucrecia
11830     Mayo Mirabal, Jennifer
12609     Marques López, Dalizza D
13740     Ramírez Ramos, Juan M.
14273     Rabell Fuentes, María De Los A.
15499     Campos Lugo, Nilmaris
16017     Irizarry Rivera, Derek G.

### febrero 2022

2064      Cumpiano Villamor, Flavio E.
5796      Vélez Vargas, Nydia R.
5841      Arroyo Santiago, Luis A.
6507      Eckert Duchesne, Heydsha M.
7015      Pou Morales, Josefina
9954      Dávila Lao, Ana T.

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                    7

| | |
|---|---|
| 10324 | Fantauzzi Areizaga, Leticia M. |
| 10448 | Rodríguez Martinó, Alicia |
| 11310 | Alicea Sotomayor, Jeannette E. |
| 14428 | Santiago Vélez, Raúl E. |
| 15884 | Colón Arvelo, Víctor Kirby |
| 16799 | Sánchez Guzmán, Heriberto A. |

**marzo 2022**

| | |
|---|---|
| 1703 | Acevedo Negrón, Fernando |
| 2886 | Vázquez Rivera, Luzgarda |
| 3507 | Amorós, Luis A. |
| 3950 | Rivera De Jesús, Donato |
| 4289 | Carbia Fernández, Héctor |
| 4418 | Moreno Navarro, Francisco |
| 4828 | Soriano Ressy, Mario |
| 5059 | Polanco Bezares, Pedro J. |
| 5308 | Álvarez Galbany, Manuel A. |
| 5556 | Santana Oyola, Héctor |
| 5558 | Pérez Rodríguez, Frances M |
| 6405 | Colón Hernández, Miguel |
| 6628 | Rivera Sánchez, Iris N. |
| 8473 | Aldebol Colón, José |
| 12018 | Díaz Fosse, Frances M. |
| 12037 | Colón Sánchez, Aracelis |
| 12399 | Díaz Velázquez, Lourdes M. |
| 12978 | Collazo Algarín, Lourdes M. |
| 14220 | Zambrana Santiago, Daniel A. |
| 15940 | Marini Román, Orlando |
| 16014 | Colón Cruz, Julia R. |
| 19426 | Santos García, Nelson Armando |
| 20549 | Seda Cabán, Jessenia Aurora |

**abril 2022**

| | |
|---|---|
| 4109 | Dávila Coca, Carlos L. |
| 8572 | Meléndez Castro, Ramón E. |

**mayo 2022**

| | |
|---|---|
| 2820 | Williams Andino, Julio |
| 3253 | Zayas Colón, Carmen S. |
| 3901 | Masini Soler, José A. |
| 4482 | Sánchez Valentín, Rafael |
| 5734 | Negrón Colón, Jesús E. |
| 6120 | Torres Escalera, José J. |
| 6636 | Rivera Colón, Nilsa S. |
| 7038 | Rodríguez Sosa, Edelmiro J. |
| 9804 | Carrau Martínez, Inés D. |
| 11220 | Clemente Delgado, Iván A. |
| 14098 | Cruz Quiñones, Marla I. |
| 16249 | López Cruz, Alexandra M. |
| 16636 | Casiano Cosme, Víctor A. |

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                    8

20322    Guzmán Hernández, Shemirel

### **junio 2022**

4052     Christian, Alfonso M.
5647     Maldonado Hernández, Gloria I.
5767     Seguí Sotomayor, Samuel
12059    Vélez Baerga, Pedro A.
12461    Rodríguez Delgado, Wanda I.
21436    Loubriel Carreras, Emmanuel

### **julio 2022**

2937     Orama Monroig, Jorge
5078     Toro Hernández, Claribel
7801     Pastrana Lizardi, Carlos
7867     Amador Aznar, Marissa
8101     Suárez Cabrera, Alejandro A.
8881     Sierra Quiñones, Juan R.
9321     Alicea Soto, Lourdes E.
12497    Muñoz Marín, Nélida
14208    Soto Ruiz, María I.
14893    Ortiz Loyola, Brenda L.

### **agosto 2022**

1810     Pérez Pérez, Pedro A.
3281     Andréu García, Manuel E.
3721     Pérez Alfonso, Ada M.
4006     Rodríguez Arroyo, Romualdo
4249     Domínguez Wolff, Sergio
6048     Marín Aponte, Lissette
6715     Bernier, Ivelisse
6726     Almodóvar Correa, Ángel M.
7354     Rodríguez Córdova, Manuel
7446     Maisonet Rodríguez, William
7920     Cervoni López, Carmen
8026     Torres Fernández, Catherine
8052     Deliz Hernández, Joseph
9479     Vélez Carrasquillo, Ana E.
10056    Márquez Morales, Alfredo
10949    Riera Seivane, Jaime A.
13048    Montalvo Muñoz, Eileen M.
13259    Batiz Ruiz, Leyda
13777    Vélez Torres, María D.
14186    Reyes Arroyo, Minerva
15443    Alberty Oller, María Del Mar
16446    Sastre Sánchez, Carmelo A.
17412    Murati Fernández, Gioakim A.
18298    Rivera Vázquez, Zilkia

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                    9

### septiembre 2022

| | |
|---|---|
| 3410 | Zalduondo Viera, Juan R. |
| 3834 | Guzmán Rodríguez, Manuel A. |
| 4227 | Ruiz Nieves, Francisco |
| 4757 | Báez Nazario, Francisco |
| 4902 | Bermúdez Santos, José J. |
| 6104 | Navas Dávila, Agnes L. |
| 7999 | Punsoda Díaz, María L. |
| 8034 | Bordewyk Ramos, Wouter E. |
| 8053 | Cabañas Ríos, Caroll J. |
| 8222 | Segarra Olivencia, Roberto |
| 9014 | Oliveras Álvarez, Gamalier |
| 9336 | Amador Martínez, Eva S. |
| 10571 | Torres López, Marino |
| 12456 | Rosa De Jesús, Liza M. |
| 15336 | Rosa Rivera, Neftalí |
| 15380 | Norat Serrano, Martha R. |

### octubre 2022

| | |
|---|---|
| 2504 | Ruiz Rivera, Jorge L. |
| 2611 | González Piñero, Ernesto |
| 3514 | Chico Millar, María V. |
| 3769 | Umpierre Suárez, Enrique |
| 4431 | Pérez Rodríguez, Manuel G. |
| 5008 | Rodríguez Torres, Petra M. |
| 5372 | Novoa López, David |
| 5450 | Figueroa González, José E. |
| 5612 | Coira Luquis, Carlos R. |
| 5795 | Varela Negrón, Ernesto |
| 6512 | Díaz Maisonet, Edgardo |
| 7805 | Santiago Rivera, Sonia |
| 8120 | Rosario, Engadí |

### noviembre 2022

| | |
|---|---|
| 3032 | Pérez Caraballo, Luis A. |
| 3221 | Maldonado Rodríguez, Arcelio |
| 3431 | Barceló Gener, Luis |
| 4733 | Díaz Hernández, Francisco |
| 5715 | Oliver Covas, Pedro |
| 6282 | Collazo Haddock, Luis M. |
| 6568 | López Hidalgo, Ángel |
| 6916 | Lugo Irizarry, Carmen T. |
| 8098 | Torres Santiago, Damaris |
| 8318 | De Jesús Bermudez, Miguel A. |
| 8799 | Bruckman San Miguel, Lizbeth E. |
| 8903 | Soto Ríos, José A. |
| 9004 | Padilla Díaz, Aurea I. |
| 10477 | Gari Madrigal, Elena |
| 11061 | Pacheco Román, Sonia I. |
| 19002 | Rivera Rivera, Von Marie |
| 21826 | Nieves Urquía, Ángeliz |

Aprobación de Cambio de
Estatus Inactivo de
octubre de 2020 a diciembre de 2022                                    10

**diciembre 2022**

| | |
|---|---|
| 2772 | De La Rosa Vidal, Wally |
| 2986 | Batista Ortiz, Elpidio |
| 3195 | Stella Arrillaga, Olga |
| 3745 | López Oliver, Pedro |
| 5131 | Bracete Mari, Juan M. |
| 6972 | Ramos Gil, Vanessa |
| 7679 | Martínez Nacer, José A. |
| 8488 | Arean Díaz, Emily |
| 8905 | Pou Martínez, Juan C. |
| 10175 | García Sánchez, Arturo |
| 10662 | Ferrán Pérez-Benitoa, María T. |
| 17563 | Díaz Díaz, Hiram |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        Javier O. Sepúlveda Rodríguez
                                        Secretario del Tribunal Supremo